## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TARYN GILBERT HOWARD, Ph.D., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 5:24-cv-04050-KHV-BGS |
| ) | |
| KANSAS WESLEYAN UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### AMENDED JOINT MEDIATION NOTICE

This Amended Joint Mediation Notice is filed in response to the Clerk of the Court's February 21, 2025 email. Plaintiff and Defendant have scheduled a mediation with Amy Coopman on March 25, 2025 beginning at 9:00 a.m. Amy Coopman's contact information is:

> Amy Coopman
> Bridge Mediation
> PO Box 3523
> Shawnee, KS  66203
> Phone: 816.260.5635

The mediation will be held at the offices of Graybill & Hazlewood LLC, 218 N. Mosley, Wichita, Kansas 67202.

Respectfully submitted by,

| | |
|---|---|
| */s/ Alisa N. Ehrlich* | */s/ Sean M. McGivern* |
| Alisa Nickel Ehrlich (KS # 17096) | Sean M. McGivern, #22932 |
| Luke R. VanFleteren  (KS #29203) | Graybill & Hazlewood, LLC |
| Daniel J.E. Sparacino (KS #30439) | 218 N. Mosley |
| STINSON LLP | Wichita, KS 67202 |
| 1625 N. Waterfront Parkway, Suite 300 | Telephone: (316) 226-4058 |
| Wichita, Kansas 67206-6620 | Fax: (316) 462-5566 |
| Telephone: (316) 265-8800 | Sean@graybillhazlewood.com |
| Fax: (316) 265-1349 | *Attorney for Plaintiff* |
| alisa.ehrlich@stinson.com | |
| luke.vanfleteren@stinson.com | |
| daniel.sparacino@stinson.com | |
| *Attorneys for Defendant* | |