**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| TARYN GILBERT HOWARD, Ph.D., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 5:24-cv-04050-KHV-BGS |
| | ) | |
| KANSAS WESLEYAN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**EXHIBITS IN SUPPORT OF
DEFENDANT KANSAS WESLEYAN UNIVERSITY'S
MOTION FOR SUMMARY JUDGMENT**

| Index | Description | Depo Ex. No. |
|---|---|---|
| 1. | Excerpts of Employee Handbook, June 2021 | 64 |
| 2. | Statement of Connection | 6 |
| 3. | Jan. 17, 2020 Howard cover letter and resume | 2 |
| 4. | March 31, 2020 Faculty Appointment Letter | 3 |
| 5. | July 23, 2020 Re-Issued Appointment Letter | 4 |
| 6. | Excerpts from Deposition of Taryn Gilbert Howard Taken 02/27/2025 | |
| 7. | March 26, 2021 Faculty Appointment Letter | 5 |
| 8. | Excerpts of Faculty Handbook, Feb. 2021 | |
| 9. | Thompson Declaration | |
| 10. | Defendant's Original, First Supplemental, and Second Supplemental Answer to Plaintiff's Interrogatory No. 2 | |
| 11. | March 31, 2022 Non-reappointment Letter | 14 |
| 12. | April 18, 2022 Letter | 15 |
| 13. | Excerpts from Deposition of Matthew Thompson, Ph.D. Taken 04/10/2025 | |
| 14. | Excerpts from Deposition of William Backlin, Ph.D. Taken 03/04/2025 | |
| 15. | Dr. Backlin's notes of call | 66 |
| 16. | February 23, 2022 Email | 65 |
| 17. | Excerpts from Deposition of Damon Kraft, Ph.D. Taken 03/07/2025 | |
| 18. | February 22, 2022 Emails | 41 |
| 19. | February 23, 2022 Emails | 42 |
| 20. | Excerpts from Deposition of Barry Weis Taken 03/07/2025 | |
| 21. | Excerpts from Deposition of Janeane Houchin, R.N. Taken 03/06/2025 | |

1

| Index | Description | Depo Ex. No. |
|---|---|---|
| 22. | March 5, 2022 Text messages with Anita Specht | Excerpts of Depo Ex. 45 |
| 23. | March 31, 2022 Text messages with Annie Hoekman | Excerpts of Depo Ex. 46 |
| 24. | Excerpts of KWU Faculty Handbook Oct. 2021 | 8 |
| 25. | Rejoinder letter | 13 |
| 26. | Kraft Declaration | |
| 27. | Feb. 24, 2022 Peer Review Audio Recording - filed conventionally pursuant to Court Order (Doc. 62) | |
| 28. | March 3, 2022 Provost letter | 12 |
| 29. | May 24, 2022 Thompson letter | 21 |
| 30. | May 2, 2022 Thompson letter | 17 |
| 31. | Faculty Grievance Form | 16 |
| 32. | May 12, 2022 Grievance Committee Report | 18 |
| 33. | May 19, 2022 Thompson letter | 19 |
| 34. | June 7, 2022 Howard letter | 24 |
| 35. | June 20, 2022 Executive Committee Letter | 25 |
| 36. | May 19, 2022 Howard Faculty Annual Report | 57 |
| 37. | Defendant's First Supplemental Answer to Interrogatory No. 7 | |
| 38. | EEOC Charge | 10 |

Respectfully Submitted,

 /s/ *Alisa Nickel Ehrlich*
Alisa Nickel Ehrlich (KS #17096)
Luke R. VanFleteren  (KS #29203)
Nanette Turner Kalcik (KS #24030)
Daniel J.E. Sparacino (KS #30439)
STINSON LLP
1625 N. Waterfront Pkwy, Suite 300
Wichita, Kansas 67206-6620
Telephone: (316) 265-8800   Fax: (316) 265-1349
alisa.ehrlich@stinson.com
luke.vanfleteren@stinson.com
nanette.kalcik@stinson.com
daniel.sparacino@stinson.com
*Attorneys for Kansas Wesleyan University*

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 10 day of June, 2025, the above and foregoing was filed with the Court via the CM/ECF System, which will send a notice of electronic filing to attorney for plaintiff:

>Sean M. McGivern
>Graybill & Hazlewood, LLC
>218 N. Mosley St.
>Wichita, KS 67202
>sean@graybillhazlewood.com

>/s/ *Alisa Nickel Ehrlich*

3