IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

TARYN GILBERT HOWARD, PH.D,

    Plaintiff,

vs.

KANSAS WESLEYAN UNIVERSITY,

    Defendant.

Case No.: 5:24-cv-04050-KHV-BGS

**EXHIBITS INDEX FOR PLAINTIFF'S BRIEF IN OPPOSITION TO
DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 39 | Declaration of Taryn Howard, Ph. D. |
| 40 | Excerpts from Deposition of Matthew Thompson, Ph. D. |
| 41 | Faculty Annual Report 2021-2022 |
| 42 | Excerpts from Deposition of Taryn Howard, Ph. D. |
| 43 | 2/14/2022 Faculty Meeting Minutes |
| 44 | Excerpts from Deposition of William Wayne Backlin, Ph. D. |
| 45 | Excerpts from Deposition of Damon Kraft Ph. D. |
| 46 | Declaration of Kristin Kraemer, Ph. D |
| 47 | Hoekstra-Thompson 2/2022 Emails |
| 48 | Kraft-Backlin 2/2022 Emails |
| 49 | Backlin-Mack 2/2022 Emails |
| 50 | Smith-Howard 11/16/2020 Email |
| 51 | Excerpts from Deposition of Barry Dean Weis |
| 52 | Dr. Wright Year-4 Tenure Track Review (*Provisionally Filed Under Seal*) |

| | |
|---|---|
| 53 | Henkensiefkin Sixth Year Review 10/14/2019 and Kraft 10/11/2019 Recommendation Letter (*Provisionally Filed Under Seal*) |
| 54 | Henkensiefkin Separation Agreement, 12/2/2019 (*Provisionally Filed Under Seal*) |
| 55 | President's Update |
| 56 | Employee Handbook |
| 57 | Video Deposition of Dr. Damon Kraft (*Conventionally Filed*) |
| 58 | Thank You Card |
| 59 | Thompson 10/11/2012 Email |
| 60 | Kraemer Declaration |
| 61 | Kraft 2/18/2022 Email re PowerPoint and Agenda |
| 62 | Excerpts from Deposition of Janeane Houchin, R.N. |
| 63 | Thompson-Specht 5/5/2022 Letter |
| 64 | St. John 2/18/2022 Email |
| 65 | Burchill 2/21/2022 Email |
| 66 | Jan Shirk 2/18/2022 Email |
| 67 | Kraft 2/18/2022 Response Email |
| 68 | Defendant's Answers to 2nd Interrogatories, No. 25 |
| 69 | Privilege Log |
| 70 | Divisional Council 3/17/2022 Letter |
| 71 | Grievance Emails |
| 72 | Kraft 5/2/2022 Letter |
| 73 | Howard 4/25/2022 Grievance |
| 74 | Student Petition |
| 75 | Emails re Grievance Panel 4/28-4/29/2022 |
| 76 | Faculty Handbook |
| 77 | Howard-Drees texts |

| 78 | Weis 6/8/2022 Email to Board |
|----|------------------------------|

Dated: July 7, 2025

                                                Submitted By:

                                                GRAYBILL & HAZLEWOOD, LLC

                                                /s/ Sean McGivern
                                                Sean M. McGivern, #22932
                                                218 N. Mosley St.
                                                Wichita, KS 67202
                                                Telephone: (316) 266-4058
                                                Fax: (316) 462-5566
                                                sean@graybillhazlewood.com
                                                ***Attorneys for Plaintiff***