| | |
|---|---|
| **From**: | Barry Weis [barryw@bluebeacon.com] |
| **Sent**: | 6/8/2022 8:10:42 AM |
| **To**: | Jeff Bieber [jhbieber48@gmail.com]; Emily-May Richards [emilymayfrichards@gmail.com]; Marilyn Kirk [marilyn.k.kirk@gmail.com]; Steve Michel (stevem11@cox.net) [stevem11@cox.net] |
| **Subject**: | FW: [EXTERNAL]Attorney Client Privilege - Taryn Gilbert Howard (TGH) |
| **Attachments**: | Gilbert Howard - Pres Response to Informal Grievance 4-18-2022.PDF; Gilbert Howard, Taryn - Non-Reappointment Ltr - Mar 2022.pdf; Grievance Committee Report 5-12-2022.pdf; TGH Documents 4-28-2022.pdf; TGH Letter to Executive Board of BOT 6-7-2022.pdf; TGH Response to Dr. Thompson and Hearing Request 5-25-2022.pdf; TGH Response to President's Appeal 5-23-2022.pdf; Thompson Response to 05-12-22 Grievance Committee ltr - 05-19-22.pdf; Thompson response to May 23 letter - 05-24-22.pdf |

Good Morning!

As promised, I'm forwarding to you documents/information relative to Dr. Gilbert-Howards grievance due to Dr. Thompson's decision to not renew her probationary contract. Please review the email thread below and the attached documents, then be prepared to discuss this matter at our Executive Committee meeting on June 15. If you have questions in advance, please contact me. It may be best to call me at 785-820-7931 as my work schedule is rather full over the next few weeks. It may be easier to discuss details by phone rather than email.

I've made preliminary arrangement for board attorney, Alisa Nickel-Ehrlich to join our meeting on the 15 via video/tele conference.

Regards,
Barry

# Redacted

PLAINTIFF'S EXHIBIT
**78**

CONFIDENTIAL                                                                                                    KWU_0003174

**Redacted**

CONFIDENTIAL
KWU_0003175

# Redacted

CONFIDENTIAL KWU_0003176