**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| TARYN GILBERT HOWARD, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 5:24-cv-04050-KHV-BGS |
| | ) | |
| KANSAS WESLEYAN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MEDIATION NOTICE**

This Joint Mediation Notice is filed consistent with the Court's instructions at the Status Conference held September 25, 2025. (Doc. 98) Plaintiff and Defendant have scheduled a mediation with Amy Coopman on October 6, 2025 beginning at 9:00 a.m. Amy Coopman's contact information is:

Amy Coopman
Bridge Mediation
Email: amy@bridgemediationkc.com
PO Box 3523
Shawnee, KS 66203
Phone: 816.260.5635

The mediation will be held via Zoom video conferencing and the meeting information is to be provided to the parties by the mediator in advance of the mediation.

Respectfully submitted by,

*/s/ Nanette Turner Kalcik*
Alisa Nickel Ehrlich (KS #17096)
Nanette Turner Kalcik (KS #24030)
Daniel J.E. Sparacino (KS #30439)
STINSON LLP
1625 N. Waterfront Pkwy, Suite 300
Wichita, Kansas 67206-6620
Telephone: (316) 265-8800
Fax: (316) 265-1349
alisa.ehrlich@stinson.com
nanette.kalcik@stinson.com
daniel.sparacino@stinson.com
*Attorneys for Defendant*

*/s/ Sean M. McGivern*
Sean M. McGivern, #22932
Graybill & Hazlewood, LLC
218 N. Mosley
Wichita, KS 67202
316.226.4058 (telephone)
316.462.5566 (facsimile)
Sean@graybillhazlewood.com
*Attorney for Plaintiff*