**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **TARYN GILBERT HOWARD,**<br><br>**Plaintiff,**<br>**v.**<br><br>**KANSAS WESLEYAN UNIVERSITY**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION**<br><br>**No. 24-cv-04050-KHV** |

**ORDER**

On October 13, 2025, counsel notified the Court by email correspondence that the parties have reached a settlement in this matter.

**IT IS THEREFORE ORDERED** that the Clerk administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. **On or before October 31, 2025,** the parties shall file a stipulation of dismissal signed by the parties above who have appeared in the action, under Rule 41(a)(1) of the Federal Rules of Civil Procedure. If no such stipulation is received within the specified time and the parties have not moved to reopen the case for the purpose of obtaining a final determination, this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, entry of final judgment and dismissal with prejudice of all claims and/or counterclaims under Rule 41(a)(2).

**IT IS FURTHER ORDERED that should the parties move to reopen the case within the allotted time frame, they should be prepared to proceed with trial on the previously scheduled date of November 3, 2025. The parties are reminded that settlement negotiations,**

**execution of final settlement paperwork and/or performance of a settlement agreement will not constitute grounds to continue the trial.**

**IT IS SO ORDERED**.

Dated this 14th day of October, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge